IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL C. RILEY and PREFERRED KITCHEN EQUIPMENT, INC. | : CIVIL ACTION : : : |
| v. | : : : NO. 14-4208 : |
| JEFF HESSEL and B.S.E KEYSTONE | : : |

## ORDER

**AND NOW**, this 14th day of April 2015, upon consideration of Defendants' Motion to Dismiss the Amended Complaint (ECF Doc. No. 16), Plaintiffs' Opposition (ECF Doc. No. 19) and Defendants' Reply (ECF Doc. No .20), along with supporting declarations and certifications regarding personal jurisdiction and as described in the accompanying Memorandum,

It is hereby **ORDERED** that Defendants' Motion is **GRANTED in part and DENIED in part:**

1. Defendant Jeff Hessel's ("Hessel") motion to dismiss for lack of personal jurisdiction is **DENIED**;

2. Defendants' motion to dismiss all claims brought by individual Plaintiff Paul C. Riley ("Riley") is **GRANTED;**

3. Defendants' motion to dismiss contract claims in Counts I, III and IV is **DENIED without prejudice for renewal on the choice of law issues following discovery;**

4. Defendants' motion to dismiss tortious interference with an alleged December 23, 2010 contract between PKE and non-party Jennifer Healy ("Healy") (Counts II and V) is **DENIED;**

5. Defendants' motion to dismiss the unjust enrichment claim (Count VI) is **DENIED;**

6. Defendants shall file an Answer to PKE's Amended Complaint on or before **April 28, 2015.**

_____
KEARNEY, J.